# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-388-1** |
| | : | |
| v. | : | |
| | : | |
| **KENNETH THOMPSON a/ka** | : | |
| **KR a/k/a Ken Rock** | : | |

## ORDER

**NOW**, this 11th day of August, 2021, upon consideration of the defendant's Emergency Motion to Request Compassionate Release (Document No. 244), the government's response, the defendant's reply, and the government's supplemental response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.